UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Kenyon International Emergency § 
    Services, Inc. §
§
    Plaintiff, §
§
versus §      Civil Action H-09-3550
§
Mark Malcolm, et al., §
§
    Defendants. §

## Denial of Injunction

1. The temporary injunction is vacated, and no further injunctive relief is granted. (9)

2. A hearing will be set on the consequences of the failed injunction.

3. The arbitration request is taken under advisement.

4. The inclusion of the nonsignatories in the arbitration request is taken under advisement.

Signed on February 8, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge